**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **Inventergy LBS, LLC**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**Motomon, Corp.,**<br><br>　　　　**Defendant.** | Case No.: 1:19-cv-23341<br><br>Patent Case<br><br>Jury Trial Demanded |

### MOTOMON, CORP.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Motomon, Corp. ("Motomon") states that Motomon is a private Florida corporation. No public corporation owns 10% or more of Motomon's stock.

Date: September 30, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　by: */s/ Eleanor T. Barnett*
　　　　　　　　　　　　　　　　　　　　Eleanor T. Barnett, Esq.
　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 0355630
　　　　　　　　　　　　　　　　　　　WALDMAN BARNETT, P.L.
　　　　　　　　　　　　　　　　　　　3250 Mary Street, Suite 102
　　　　　　　　　　　　　　　　　　　Coconut Grove, Florida 33133
　　　　　　　　　　　　　　　　　　　(305) 371-8809 (Telephone)
　　　　　　　　　　　ebarnett@waldmanbarnett.com
　　　　　　　　　　litservice@waldmanbarnett.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Motomon, Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on September 30, 2019 with a copy of this document via the Court's CM/ECF system.

/s/ *Eleanor T. Barnett*_____
Eleanor T. Barnett, Esq.
